## D'YAMPERT V. THE STATE.

### Assault and Battery.

(Decided May 20, 1909.　49 South. 688.)

APPEAL from Bessemer City Court.

Heard before Hon. WILLIAM JACKSON.

PINKNEY SCOTT, for appellee.

ALEXANDER M. GARBER, Attorney-General, for the state.

McCLELLAN, J.—Affirmed on the facts.

DOWDELL, C. J., ANDERSON and SAYRE, JJ., concur.